UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20217-CR-GAYLES

UNITED STATES OF AMERICA

vs.

VICTOR RIOS GUERRERO,

Defendant.
_____/

**FACTUAL PROFFER**

The United States of America and defendant Victor Rios Guerrero ("Rios") hereby stipulate and agree to the following facts, which form the basis for the defendant's plea of guilty to Count 1 of the indictment. The defendant stipulates that the United States could prove these facts beyond a reasonable doubt if this case were to go to trial.

1. Between approximately November 2016 through July 2017, Rios was a participant in a cocaine smuggling organization based in Colombia. The organization sent multi-hundred kilo shipments of cocaine from Colombia, by go-fast vessels, to Central American locations. From those locations it was off-loaded and then trans-shipped to the United States. Rios' role was to arrange for the loading of the boats in Colombia, dispatching them to the off-load locations designated by other members of the conspiracy, and conveying information that he was instructed to convey to crew members. Based on what other members of the conspiracy had advised him, Rios had reason to believe that the United States was the ultimate destination of most of the cocaine.

2. During late November, 2016, Rios and co-defendants Valencia-Sandoval (Valencia) and Perlaza-Salazar (Perlaza), discussed sending two boats loaded with cocaine to the Costa Rican coast. Rios and another co-defendant would be responsible for the loading, fueling and departures of the boats from Colombia, including checking for law enforcement or Navy units in the area. As they prepared, Rios and another co-defendant advised Perlaza that there were naval units around, so the co-defendant decided to delay the shipment.

3. Valencia told Rios and another co-defendant that for their services they would be paid with 30 kilos of cocaine from one of the boats, which they must share with another participant for his role in the venture. Valencia told Rios that for the other boat, they would be given 15 kilos. The actual payment would be in a proportion of the money received once the cocaine was delivered and paid for.

4. On November 22, 2016, Rios and another co-defendant dispatched the first boat from Colombia. As it got near the rendezvous point off of Costa Rica, where the recipients of the drugs were going to take possession, Rios was directed to dispatch the second boat to the same area. However, on November 23, 2016, a U.S. Coast Guard cutter detected the first boat and stopped and seized it and its load of 640 kilos of cocaine.

5. Subsequently, after they learned of the seizure of the first boat, members of the organization engaged in several communications with the second boat, to re-direct them to a new destination in Costa Rica. However, as it neared the new destination, the second boat was left adrift because of engine problems.

6. On November 25, 2016, Rios and his co-conspirators discussed their concerns about the intended recipient of the drugs not having sent a crew out to rescue the second boat and its crew, and the fact that they had not received any communications from the second crew.

7. On that day, the U.S. Coast Guard captured the second boat and its crew and seized another 640 kilos of cocaine.

8. During January of 2017, Valencia engaged in phone discussions wherein he told Rios about another shipment of cocaine that Valencia wanted to send from Colombia to Costa Rica by go-fast boats. Valencia directed Rios to contact another member of the organization, Yen Castro Guerrero (Castro), when the load and the boats were ready and to start the transport. Valencia also directed Rios to have a second boat loaded with drugs to arrive the day after the first. However, Valencia instructed Rios not to send the second boat until they heard from the first boat about its progress.

9. On January 12, 2017, Rios sent out the first boat carrying 706 kilos of cocaine. On January 14, Castro advised Rios and Valencia that the boat had needed to land ashore in Costa Rica, and the cocaine had been unloaded and concealed on the beach. At that point, Valencia directed Rios to dispatch the second boat, carrying 700 kilos of cocaine.

10. On January 15, 2017, Costa Rican police found and arrested Castro and located and seized the cocaine that had been concealed on the beach. The second boat, however, was met at sea by the recipients on January 16 and its cargo of 700 kilos was delivered to them.

11. During March of 2017, Valencia discussed another cocaine shipment with Rios, advising him that he was waiting to receive the coordinates for the off-load point. He told Rios that 720 kilos would be delivered to him from the production site. VRG He further directed Rios to be sure that the packages of cocaine were marked with the brands of the owners if there was more than one owner. Valencia also told Rios that the boatmen were to wait at sea to be met at the off-load point and were not to go ashore to drop the drugs. The boat was dispatched on March 10.

3

12. On March 11, 2017, Valencia informed Rios that Costa Rican Navy vessels had been seen near the off-load area, and a new off-load location had to be transmitted to the boat crew. Valencia told Rios that if they were not met after a while at the new off-load location by the recipients, they should land, conceal the drugs on the shore, and communicate the coordinates where the drugs were hidden. Rios conveyed these instructions to the boat crew.

13. When they were not met after a lengthy wait on March 12, the boatmen landed and unloaded and hid the cocaine. They transmitted the coordinates of the stash to Perlaza, who so advised Valencia.

14. On March 13, 2017, Costa Rican police recovered 773 kilos of cocaine from the location coordinates transmitted to Perlaza. Valencia was informed of the seizure and passed that information to Rios.

15. On July 4, 2017, Valencia arranged for another shipment of cocaine to be sent to Costa Rica. Rios advised Valencia and Perlaza when the boat was underway. The boat was carrying approximately 550 kilos of cocaine.

16. On July 5, 2017, Costa Rican police located and pursued the vessel carrying the cocaine. The boatmen attempted to flee and a chase ensued. The boatmen started throwing bales of cocaine overboard, however the police recovered 250 kilos from the water.

17. After learning of the interdiction, Valencia and Rios discussed the number of kilos that had been on the boat, which the boatmen had said was not as many as there were supposed to be. Valencia stated that 300 kilos had been lost from the boat men ejecting them.

18. The aforesaid telephonic conversations and Blackberry messages were intercepted

4

and recorded by Colombian police, allowing them to organize the seizures of the drugs and the arrests of the participants.

_____   Dated: 10-14-2025
FRANK H. TAMEN
ASST. UNITED STATES ATTORNEY

_____   Dated: 10-14-2025
ANA DAVIDE
ATTORNEY FOR DEFENDANT

_____   Dated: 10-14-2025
VICTOR RIOS GUERRERO
DEFENDANT

5